In the Matter of MUTUAL BENEVOLENT SOCIETY OF 1865, INC., Formerly Registered under the Unemployment Insurance Law as THE HUNGARIAN SOCIETY OF NEW YORK, INC., Appellant. EDWARD CORSI, as Industrial Commissioner of the State of New York, Respondent.

Submitted November 21, 1944; decided December 30, 1944.

902

*Alexander Rosenbaum* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Orrin G. Judd* of counsel), for respondent.

*Per Curiam.* We cannot say, as matter of law, that the finding by the Unemployment Insurance Appeal Board, that the appellant's secretary and treasurer were not its employees, was unsupported by substantial evidence. (Labor Law, § 534, now § 623; *Matter of Electrolux Corp.,* 288 N. Y. 440, 442-3; *Matter of Carroll,* 288 N. Y. 447, 451.)

The order of the Appellate Division should be reversed and the decision of the Unemployment Insurance Appeal Board confirmed, with costs.

LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ., concur.

Ordered accordingly.